# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREG ALAN PECK, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW M. SAUL, | : | No. 19-4725 |
|     Defendant. | : | |

## ORDER AND JUDGMENT

AND NOW, on September 30, 2020, upon consideration of Plaintiff Greg Alan Peck's Brief in Support of his Request for Review and the Commissioner's Response, it is ORDERED:

1. Plaintiff's Request for Review (doc. 13) is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Timothy R. Rice

_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE